THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES FLAHERTY, Appellant, *v.* EDGAR S. JENNINGS, as Warden of the Auburn State Prison at Auburn, N. Y., Respondent.

PER CURIAM. No claim is made by appellant that a certified copy of the order for change of venue, with the pleadings and proceedings and other papers, were not delivered to, and filed with, the court to which the action was removed, before a juror was sworn to try the indictment. His claim relates in this respect solely to the proof of those facts. Sections 351 to 353 of the Code of Criminal Procedure do not require that such order and papers should be introduced in evidence or proved in any way as a jurisdictional necessity. As to the other errors alleged to have been committed on the trial, we are concluded by the judgment, as they are clearly not jurisdictional. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. Order affirmed.

HERBERT S. POWELL, Appellant, v. AMBROSE J. McNAMARA and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the testimony and evidence sought to be obtained by the examination ordered are neither material nor necessary, since all the issues raised by the pleadings relating to the asserted rights of McNamara under the instrument dated December 11, 1927, and under the asserted agreements, which alone are said to constitute the consideration for that instrument, were raised by the pleadings in a former action, fully litigated and decided adversely to McNamara. The judgment of the court in that action rested not only on the decision of the issues raised by the affirmative defense, but also on the decision of the issues raised by the general denial; and neither can be said to have been more or less necessary and essential than the other. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DANIEL F. FULTON, Appellant, v. NATIONAL ANILINE & CHEMICAL COMPANY, INCORPORATED, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.